No. 73–521. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v*. BEATY. Appeal from C. A. 5th Cir. Motion of appellee for leave to proceed *in forma*

*pauperis* granted. Judgment affirmed. MR. JUSTICE REHNQUIST would note probable jurisdiction and set case for oral argument.